UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON GARCIA and CARMEN GARCIA<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>HOTELS.COM L.P. and CORPORACION<br>H10 HOTELS, S.L.<br><br>　　　　　　Defendants. | Case No. 08 Civ. 6073 |

### CERTIFICATE OF SERVICE

I, Joshua A. Plaut, an attorney admitted to practice in this District, hereby certify that true and correct copies of the foregoing **CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT HOTELS.COM L.P., NOTICE OF REMOVAL** and also the **NOTICE TO THE SUPREME COURT OF NEW YORK OF FILING OF NOTICE OF REMOVAL** were served upon counsel of record for Plaintiffs Ramon Garcia and Carmen Garcia by hand delivery on July 2, 2008 at the following address:

William J. Rita, Esq.
291 Broadway, Suite 1006
New York, New York 10007
(212) 766-1001

_/s/ Joshua A. Plaut_
Joshua A. Plaut