RECEIVED
CHAMBERS OF

JUL 1 0 2008

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FILED
7/11/08

RAMON GARCIA and CARMEN GARCIA,

Plaintiffs,

v.

HOTELS.COM L.P. and
CORPORACION H10 HOTELS, S.L.

Defendants.

Case No. 08 Civ. 6073 (SAS)
ECF CASE

[PROPOSED] SCHEDULING ORDER

WHEREAS, the above-captioned Action was removed to this Court from the

Supreme Court of the State of New York for the County of New York on July 2, 2008;

WHEREAS, the deadline for responding to the Complaint in this Action is July

10, 2008 pursuant to Federal Rule of Civil Procedure 81(c)(2)(C);

WHEREAS late in the day on July 9, 2008, the Plaintiffs and co-defendant

Hotels.com L.P. ("Hotels.com") agreed in principle to the discontinuance of the Action

with prejudice as to Hotels.com;

WHEREAS the Parties worked diligently to finalize the necessary documentation

on July 10, 2008, which was nearly complete by the end of the business day on that day;

WHEREAS co-defendant Corporacion H10 Hotels, S.L. has not been served in

this Action;

WHEREAS, the Parties have jointly requested that Hotels.com's deadline for

responding to the Complaint be adjourned for five (5) business days so that all necessary

documentation can be finalized and submitted;

NOW, THEREFORE, the deadline for Hotels.com to respond to the Complaint in this Action is hereby extended to July 17, 2008.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

7/10/08